# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Docket No. 1:21-MJ-008 |
| v. : | |
| : | (Magisterial District Judge Carlson) |
| BARTON SHIVELY : | |
| : | (Filed Electronically) |

# **ORDER**

AND NOW, this  22nd  day of January, 2021, upon consideration of Defendant's Unopposed Motion to Modify Conditions of Release, and any response thereto, said Motion if hereby GRANTED. Defendant's Home Detention boundary shall include his entire property. Additionally, a curfew on Defendant's workdays shall be permitted from 7 a.m. to 6 p.m., or as otherwise determined by Pre-Trial Services.

                                                       S/Martin C. Carlson
                                                      Judge Martin C. Carlson